Decided September 5, 2008

### TIMOTHY J. SOLEK *v.* COMMISSIONER OF CORRECTION

The petitioner Timothy J. Solek's petition for certification for appeal from the Appellate Court, 107 Conn. App. 473 (AC 27405), is denied.

*Paul R. Kraus,* special public defender, in support of the petition.

*C. Robert Satti, Jr.,* senior assistant state's attorney, in opposition.

Decided September 5, 2008

### WALBER GONZALEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Walber Gonzalez' petition for certification for appeal from the Appellate Court, 107 Conn. App. 507 (AC 28071), is denied.

*Paul R. Kraus,* special public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided September 5, 2008